INTERFACE DESIGN GROUP, INC. and R. Brent Johnson, Plaintiffs–Cross Appellants,

and

Global Interface Systems, Inc., Plaintiff,

v.

DIVERSIFIED DATA RESOURCES, INC., Defendant–Appellant.

Nos. 01–1183, 01–1199.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to dismiss these appeals, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.

LAWLER MANUFACTURING CO., INC., Plaintiff–Cross Appellant,

v.

BRADLEY CORPORATION and Kevin B. Kline, Defendants–Appellants.

Nos. 00–1383, 00–1399, 00–1497.

United States Court of Appeals, Federal Circuit.

April 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' unopposed motion to dismiss these appeals, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.